UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | ) | |
| Plaintiff(s), | ) ) | Case No. 2:15-cv-01268-RFB-NJK |
| vs. | ) ) | ORDER |
| FLAMINGO TRAILS NO. 7 LANDSCAPE MAINTENANCE ASSOCIATION, INC., et al. | ) ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is the second proposed discovery plan. Docket No. 16. On September 9, 2015, the Court ordered the parties to submit a discovery plan "providing a discovery period of 225 days calculated from the date the first defendant answered." Docket No. 14 at 2. The pending discovery plan seeks a discovery period of 255 days. *See* Docket No. 16 at 2. Accordingly, it is **DENIED**. The Court again orders the parties to submit a discovery plan providing a discovery period of 225 days calculated from the date the first defendant answered. That discovery plan must be filed no later than September 18, 2015.

IT IS SO ORDERED.

DATED: September 15, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge