UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | ) | Case No. 2:15-cv-01268-RFB-NJK |
| Plaintiff(s), | ) ) | |
| | ) | ORDER |
| vs. | ) ) | (Docket No. 36) |
| FLAMINGO TRAILS NO. 7 LANDSCAPE MAINTENANCE ASSOCIATION, INC., et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is a stipulation to vacate the deadline to file dispositive motions, Docket No. 36, which is hereby **GRANTED**. The parties are further **ORDERED** to file a stipulation with a new proposed deadline to file dispositive motions within 7 days of the issuance of the order(s) resolving the pending discovery motions at Docket Nos. 27, 28, 30, 32.

IT IS SO ORDERED.

DATED: April 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge