# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, ) | Case No. 2:15-cv-01268-RFB-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| ) | (Docket No. 45) |
| FLAMINGO TRAILS NO. 7 LANDSCAPE ) MAINTENANCE ASSOCIATION, INC., et al., ) | |
| Defendant(s). ) | |

Pending before the Court is a stipulation to extend the dispositive motion deadline. Docket No. 45. That extension is sought based on the pendency of a show cause order regarding the Court's subject matter jurisdiction over this case and the possibility, if subject matter jurisdiction exists, of the parties' refiling their discovery motions. The stipulation is hereby **GRANTED** in part, as follows. The Court **VACATES** the dispositive motion deadline. In the event the Court finds that subject matter jurisdiction is not lacking, the parties may refile those discovery motions, if necessary. The parties must engage in a renewed meet and confer effort prior to the refiling of any motion, and each motion must address any changed circumstances between now and its refiling. Any renewed discovery motion must also indicate the length of time needed to complete the disputed discovery, if such discovery is ordered. Any renewed discovery motion must be filed within seven days of the issuance of an order finding that subject matter exists in this case, if such an order is issued.

IT IS SO ORDERED.

DATED: April 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge