UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>FLAMINGO TRAILS NO. 7 LANDSCAPE MAINTENANCE ASSOCIATION, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-01268-RFB-NJK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

　　　Pending before the Court is an order to show cause why the case should not be dismissed for lack of subject matter jurisdiction. Docket No. 42. Defendant SFR has submitted a declaration attesting to the citizenship of it and its owning entities/persons, showing that such citizenship is Canadian and South African. Docket No. 50. In light of that filing, the undersigned is satisfied that there is complete diversity in this case and **DISCHARGES** the order to show cause with respect to jurisdiction.

　　　IT IS SO ORDERED.

　　　DATED: May 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge