UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, ) | Case No. 2:15-cv-01268-RFB-NJK |
| Plaintiff(s), ) ) | ORDER |
| vs. ) ) | |
| FLAMINGO TRAILS NO. 7 LANDSCAPE ) MAINTENANCE ASSOCIATION, et al., ) ) | |
| Defendant(s). ) ) | |

     Pending before the Court is a motion to compel related to the Rule 30(b)(6) deposition of SFR Investments Pool 1, LLC. Docket No. 61. This motion relates to two deposition topics. With respect to Topic 2, it appears counsel were able to resolve their conflict during a motion hearing in another case. *See Bank of America v. SFR Investments Pool 1, LLC*, 2:15-cv-00692-GMN-CWH, Docket No. 60 at 41-43 (D. Nev. May 9, 2016) (transcript of hearing held by Judge Hoffman). It is unclear why the same resolution reached in that case could not also be applied in this case or why motion practice on this topic was necessary. With respect to Topic 10, Judge Leen recently a issued a thorough ruling on what appears to be the identical issue in another case. *See Nationstar Mortgage, LLC v. August Belford & Ellingwood Homeowners Assoc.*, 2016 U.S. Dist. Lexis 74710 (D. Nev. June 8, 2016). The undersigned is inclined to adopt the same approach here. Nonetheless, given the recent issuance of that decision, the parties have not had an opportunity to address it through a meet and confer nor to address it in briefing to the Court.

1   In light of the above, the parties are hereby ORDERED to further meet and confer on these issues
2 by no later than June 24, 2016. If the parties reach an agreement on either or both of these issues, they
3 shall file a joint notice so indicating by no later than June 27, 2016. If the parties are unable to reach an
4 agreement on these issues, they shall file, by no later than July 1, 2016, supplemental briefs explaining
5 why (1) the resolution reached at the hearing before Judge Hoffman should not apply in this case with
6 respect to Topic 2 and (2) Judge Leen's decision in *August Belford* should not be applied in this case
7 with respect to Topic 10.

8   IT IS SO ORDERED.

9   DATED: June 17, 2016

   _____
   NANCY J. KOPPE
   United States Magistrate Judge