UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, ) | Case No. 2:15-cv-01268-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| FLAMINGO TRAILS NO. 7 LANDSCAPE ) MAINTENANCE ASSOCIATION, et al., ) | |
| Defendant(s). ) | |

The Court previously vacated the dispositive motion deadline pending resolution of the parties' discovery disputes. *See* Docket Nos. 37, 45. In orders issued concurrently herewith, the discovery issues have been resolved. The Court hereby **SETS** the deadline for dispositive motions as September 28, 2016. In the event no dispositive motion is filed, then the deadline to file a joint proposed pretrial order will be October 27, 2016.

IT IS SO ORDERED.

DATED: July 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge