MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No.13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for Plaintiff and Counter-defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>FLAMINGO TRAILS NO. 7 LANDSCAPE MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01268-RFB-NJK<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Counter-Defendant. | |

...

...

...

...

1

43870298;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**PLEASE TAKE NOTICE** that Nationstar Mortgage, LLC , hereby provides notice that Christine M. Paravan, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Nationstar Mortgage, LLC in this action.future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Jason J. Zummo, Esq.

**AKERMAN LLP**

*/s/ Jason J. Zummo*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. Zummo, ESQ.
Nevada Bar No.13995
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff and Counter-defendant Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 19, 2018 _____

_____
UNITED STATES MAGISTRATE JUDGE

2

43870298;1