MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF ESQ.
Nevada Bar No. 12703
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Plaintiff and Counter-defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>FLAMINGO TRAILS NO. 7 LANDSCAPE MAINTENANCE ASSOCIATION, INC.; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01268-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Counter-Defendant. | |

PLEASE TAKE NOTICE that Nationstar Mortgage LLC hereby provides notice that Jason Zummo and Karen A. Whelan are no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

1

46725353;1

Akerman LLP continues to serve as counsel for Deutsche Bank National Trust Company and Nationstar Mortgage, LLC All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Rebekkah B. Bodoff, Esq.

DATED this 17th day of October, 2018

**AKERMAN LLP**

/s/ *Rebekkah B. Bodoff*
MELANIE D. MORGAN
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff and Counter-defendant Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: October 18, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

46725353;1